UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA      §
     §
vs.      §      NO:  WA:25-CR-00059(4)-ADA
     §
(4) JERRILYNE M EMMETT      §

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 6, 2026, wherein the defendant (4) JERRILYNE M EMMETT waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland  for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (4) JERRILYNE M EMMETT to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (4) JERRILYNE M EMMETT's plea of guilty to Count One SS (1ss) is accepted.

Signed this 19th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE